MEDLEY, APPELLANT, *v.* J.H. WILLIAMS INDUSTRIAL PRODUCTS, INC. ET AL., APPELLEES.

[Cite as Medley *v.* J.H. Williams Indus. Prod., Inc. (1990), 49 Ohio St. 3d 606.]

(No. 88-1937—Submitted January 9, 1990—Decided March 7, 1990.)

*Powers & Sobieski, Ralph P. Sobieski* and *Donald H. Powers,* for appellant.

*Kirkland & Ellis, Richard C. Godfrey, Chaim T. Kiffel, Sheila W. Elston, Ulmer & Berne* and *Marvin L. Karp,* for appellees Williams, Polaris, Doede, Dines and Hansmann.

*Arthur Young & Company, Patricia A. McGovern, Thompson, Hine & Flory, Mark Kennedy* and *Barry L. Lubow,* for appellees Arthur Young, Polson and Keider.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

HOLMES, J., dissenting. I would affirm the judgment of the court of appeals.

MOYER, C.J., and WRIGHT, J., concur in the foregoing dissenting opinion.